IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN ROGER WILLIAMS,

    Petitioner,               No. CIV S-04-2032 FCD KJM P

    vs.

TOM L. CAREY, Warden,

    Respondent.            ORDER

_____/

        On May 20, 2005, petitioner, a state prisoner proceeding pro se, requested that this action be dismissed. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); <u>see also</u> Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: May 25, 2005.

                                                  UNITED STATES MAGISTRATE JUDGE

/kf
will2032.159

1